B9I **(Official Form 9I)** (Chapter 13 Case) (12/12)     Case Number **15−33060−acs**

Judge **Alan C. Stout**

## UNITED STATES BANKRUPTCY COURT Western District of Kentucky

### Notice of
### Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 9/21/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory Hudson
1772 Wilart Drive
Louisville, KY 40210

| Case Number:<br>15−33060−acs | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx−xx−1193 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Jeffrey Allan Sexton<br>Sexton, PLC<br>4410 South Third Street<br>Louisville, KY 40214<br>Telephone number:  502−893−3784 | Bankruptcy Trustee (name and address):<br>William W. Lawrence −13<br>310 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202<br>Telephone number:  581−9042 |

### Meeting of Creditors
Date:  **October 28, 2015**      Time:  **01:00 PM**
Location:  **Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202**
**This case may be dismissed without further notice for failure to attend this meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
Personal information to be redacted on claims and attachments per FBR 9037.

For all creditors (except a governmental unit):  **1/26/16**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
No later than 60 days after the first date set for Meeting of Creditors above.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Hearing on Confirmation of Plan**
See bottom of back page for Important Notice Information, subsection 1.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number:  502−627−5700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Diane S. Robl |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM − 4:30 PM | Date:  9/22/15 |

## EXPLANATIONS

B9I (Official Form 9I) (12/10)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form B 10" can be obtained at the United States Courts Web site http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankurptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

1. Confirmation Hearings will be held upon completion of the 341 meetings in the divisional locations. Confirmation Hearings for Louisville cases having 341 meetings in the a.m. will be held at 11:30 a.m. in Courtroom #3 with afternoon 341 meetings held at 3:30 p.m.
2. Objections to the Confirmation of a plan must be filed by the first date set for the Confirmation Hearing.
3. This case may be dismissed without further notice if the schedules or plan are not filed within 14 days from the date the petition was filed.

All persons entering the courthouse will be required to present photo ID.

## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Gregory Hudson | Case No.:15−33060−acs |
| Debtor(s) | Chapter: 13 |

## NOTICE

**Valuation of Secured Personal Property by the Court Appointed Appraiser**

The Court has appointed an independent appraiser to value all personal property of the Debtor. This appraisal will be filed electronically with the Court at least 7 days before the scheduled Section 341 Meeting of Creditors. Unless a creditor objects, the Court and the Chapter 13 Trustee will use the value assigned by the Court appointed appraiser for paying secured claims that are paid by the Chapter 13 Trustee (except for claims secured by a purchase money interest in a motor vehicle purchased within 910 days of the filing.) The value assigned by the appraiser shall take precedence over any values stated in the Chapter 13 Plan filed by the Debtor.

```
                           United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                              Case No. 15-33060-acs
Gregory Hudson                                                      Chapter 13
           Debtor
                               CERTIFICATE OF NOTICE
District/off: 0644-3          User: jkajatin              Page 1 of 1             Date Rcvd: Sep 22, 2015
                              Form ID: 204                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2015.
db             +Gregory Hudson,   1772 Wilart Drive,   Louisville, KY 40210-2238
tr             +William W. Lawrence -13,   310 Republic Plaza,   200 S. Seventh Street,
                 Louisville, KY 40202-2751
5778686         Caliber Home Mortgage,   POB 619603,   Dallas , Texas 75261
5778688        +Credit One Bank,   C/O Northland Group,   POB 390846,   Minneapolis , Minnesota 55439-0846
5778689        +First Premier,   C/o First National Collections,   610 Waltham Way,
                 Sparks , Nevada 89434-6695
5778690        +HSBC,   C/o JC Christensen,   POB 519,   Sauk Rapids , Minnesota 56379-0519
5778691        +HST Employee Credit Union,   800 Harrison Street,   Nashville, Tennessee 37203-3336
5778692        +Jefferson Capital Services,   C/O 1st Nationwide  Collections,   610 Waltham Way,
                 Sparks , New Jersey 89434-6695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jsexton@jeffsexton.com Sep 22 2015 19:31:44      Jeffrey Allan Sexton,
                 Sexton, PLC,   4410 South Third Street,   Louisville, KY  40214
smg            +E-mail/Text: akellow@jeffersoncountyclerk.org Sep 22 2015 19:31:59
                 Jefferson County Attorney Office,   Fiscal Court Bldg.,   531 Court Place, Ste. 900,
                 Louisville, Ky 40202-3315
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Sep 22 2015 19:32:01      Charles R. Merrill,
                 Asst. U.S.Trustee,   601 West Broadway #512,   Louisville, KY 40202-2229
5778687        +EDI: PRA.COM Sep 22 2015 19:18:00      Capital one Bank,   C/o Portfolio Recovery,   POB 12914,
                 Norfolk, Virginia 23541-0914
5778695        +EDI: MID8.COM Sep 22 2015 19:18:00      Webbank,   C/o MCM,   8875 Aero Drive #200,
                 San Diego , California 92123-2255
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5778684         BB & T
5778685         Louisville , Kentucky
5778694         Louisville , Kentucky
5778693         US Bank
                                                                                              TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2015 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Jeffrey Allan Sexton    on behalf of Debtor Gregory  Hudson jsexton@jeffsexton.com,
               leslie@jeffsexton.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                             TOTAL: 3
```