UNITED STATE BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

CHAPER 13 PLAN

**RE:  GREGORY HUDSON**                                 **CASE NO. 15-33060**

**DEBTOR SOC. SEC.  NO. XXX-XX-1193**

1. The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor (or the Debtor's Employer) shall pay to the Trustee the sum of $ 585.00  per month.

2. The Debtor and Spouse are both    **KELLOGGS SNACKS**

3. From the payments so received, the Trustee shall make disbursements as follows;

   (a) Full payments, in deferred cash payments of all claims entitled to a priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim.

   (b) Dividends to  secured creditors whose claims are fully proved and allowed as follows;

**CALIBER HOME MORTGAGE – ARREARS OF $24000.00 INSIDE THE PLAN; REGULAR MONTHLY PAYMENTS OUTSIDE THE PLAN.**

**HST EMPLOYEE CREDIT UNION – TO BE PAID INSIDE THE PLAN; SECURED FOR 5000.00.**

   (c) Payments to unsecured creditors whose claims are duly proved and allowed subsequent to (or pro rata with) payments to secured creditors as follows;  5**%**

   The Debtor proposes to reject NO executor contracts at this time although may do so at a later date

4. Title to the Debtors property shall revest in the Debtor on confirmation of the plan subject to further order of the Court.  The Debtor shall be authorized to use insurance proceeds to repair or replace any item of property subject to a demand of adequate protection by any holder of a lien on the property or proceeds.

5. Payments as proposed shall continue for **55** months.

/s/_____
DEBTOR : GREGORY HUDSON

\*\* THE ABOVE NAMED DEBTOR(S) HAS/HAVE FILED A CHAPTER 13 PETITION IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF KENTUCKY.  IF YOU HAVE NOT RECEIVED NOTICE OF THE FILING, YOU WILL RECEIVE NOTICE IN A FEW DAYS.\*\*.