BK1501857
(reg)

<div align="center">
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
</div>

| | |
|---|---|
| IN RE: | Case No. 15-33060 |
| Gregory Hudson | Chapter 13 |
|             Debtor | Judge Stout |

**OBJECTION TO DEBTOR'S PLAN BY U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT ASSET HOLDINGS TRUST XVI (PROPERTY ADDRESS: 1772 WILLART DRIVE LOUISVILLE, KY 40210)**

Now comes U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings Trust XVI, a secured creditor, and respectfully Objects to the proposed Chapter 13 Plan. This Objection is supported by the following Memorandum.

<div align="center" style="margin-left: 40%;">
/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349
</div>

LERNER, SAMPSON & ROTHFUSS
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 Fax
wkybk@lsrlaw.com

## MEMORANDUM

Creditor holds a mortgage lien on debtor real property known as 1772 Willart Drive, Louisville, KY 40210.

The Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults while resuming and maintaining regular payments on long term obligations. That section requires, however, that such defaults be cured "within a reasonable time".

The Chapter 13 Plan proposes herein does not provide for sufficient payment to cure Creditor's arrearage in accordance with Section 1322(b)(5).

WHEREFORE, Creditor respectfully requests that confirmation of the proposed plan should be denied.

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 Fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings Trust XVI, was electronically transmitted on October 27, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Jeffrey Allan Sexton, Debtor's Counsel
Sexton, PLC
4410 South Third Street
Louisville, KY 40214
jsexton@jeffsexton.com

William W. Lawrence, Trustee
310 Legal Arts Building
200 South Seventh Street
Louisville, Kentucky 40202
ECF@louchapter13.com

Charles R. Merrill
Office of the U.S. Trustee
601 West Broadway #512
Louisville, Kentucky 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings Trust XVI, was transmitted on October 27, 2015 via regular U.S. mail, postage pre-paid:

Gregory Hudson
1772 Wilart Drive
Louisville, KY 40210

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
P. O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com