UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: GREGORY HUDSON                                    CASE NO. 15-33060

## SCHEDULE OF ALLOWED CLAIMS

    Debtor(s) by counsel, states that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation.

| | | |
|---|---|---|
| HSBC/BANK ONE<br>C/O CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, #400<br>VALHALLA, NY 10595 | CLAIM #1 | $886.27 |
| MIDLAND FUNDING<br>MIDLAND CREDIT MANAGEMENT<br>POB 2011<br>WARREN, MI 48090 | CLAIM #2 | $297.33 |
| ATLAS ACQUISTIONS LLC<br>294 UNION STREET<br>HACKENSACK, NJ 07601 | CLAIM #3 | $390.00 |
| FNBM, LLC / LVNV FUNDING<br>RESURGENT CAPITAL SERVICES<br>POB 10587<br>GREENVILLE, SC 29603 | CLAIM #4 | $1229.05 |
| TN DEPT OF LABOR<br>C/O TN ATTORNEY GENERAL<br>BANKRUPTCY DIVISION<br>POB 20207<br>NASHVILLE, TN 37202 | CLAIM #5 | $229.00 |

CLAIM #5 WAS ADDRESSED IN ORDER OF CONFIRMATION WILL AMEND/OBJECT ON ARREARS

                                        /s/ __JEFFREY A. SEXTON _____
                                          Jeffrey A. Sexton
                                          325 West Main Street, #150
                                          Louisville, Kentucky 40202
                                          502.893.3784